6374, 511 Pa. 490, 515 A. 2d 832; No. 86–6599, 497 So. 2d 1169; No. 86–6603, 790 F. 2d 1499 and 809 F. 2d 750; No. 86–6618, 721 S. W. 2d 694; No. 86–6648, 497 So. 2d 1185.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 85–1864. RANDALL BOOK CORP. *v.* MARYLAND, 480 U. S. 940;

No. 86–5530. TRUESDALE *v.* AIKEN, WARDEN, ET AL., 480 U. S. 527;

No. 86–5656. BAIRNSFATHER *v.* LOUISIANA, *ante*, p. 1001;

No. 86–6059. PATTERSON *v.* AIKEN, WARDEN, ET AL., 480 U. S. 943;

No. 86–6071. KOON *v.* AIKEN, WARDEN, 480 U. S. 943;

No. 86–6145. CARPENTER *v.* LEONARD, 480 U. S. 936;

No. 86–6191. HOFFMAN *v.* UNITED STATES, *ante*, p. 1005;

No. 86–6232. WHITE *v.* OHIO, 480 U. S. 937;

No. 86–6242. GRAVES *v.* OHIO, 480 U. S. 937;

No. 86–6293. HALL *v.* ILLINOIS, 480 U. S. 951;

No. 86–6294. JOHNSON *v.* ILLINOIS, 480 U. S. 951;

No. 86–6315. SELLNER *v.* FEDERAL BUREAU OF INVESTIGATION ET AL., 480 U. S. 939;

No. 86–6328. BEEZLEY *v.* FREMONT INDEMNITY CO. ET AL., 480 U. S. 949;

No. 86–6337. CLEMENTE *v.* OFFICE OF PERSONNEL MANAGEMENT, *ante*, p. 1005;

No. 86–6359. LEAL *v.* WRQN ET AL., *ante*, p. 1006;

No. 86–6371. SHAHID *v.* TEXAS, 480 U. S. 941;

No. 86–6380. PARKER *v.* GEORGIA, 480 U. S. 940;

No. 86–6398. BURNETT *v.* COX ET AL., *ante*, p. 1019; and

No. 86–6479. JOHNSON *v.* THIGPEN, COMMISSIONER, MISSISSIPPI DEPARTMENT OF CORRECTIONS, 480 U. S. 951. Petitions for rehearing denied.